

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-16-00721-CV

**402 LONE STAR PROPERTY, LLC** and Craig Otto,
Appellants

v.

Barry L. **BRADFORD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08653
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Patricia O. Alvarez, Justice

On December 29, 2017, appellant filed a motion for rehearing to correct a typographical error in the judgment issued in this appeal on November 29, 2017. On its own motion, this court issued a corrected judgment in this appeal on January 18, 2018. Appellant's motion for rehearing is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court